Mark D. Estle, AZ Bar 029436
Buckley Madole, P.C.
7227 N. 16th Street, Suite 221
Phoenix, AZ 85020
Telephone: 602-626-5605
Fax: 602-626-5605
Mark.Estle@BuckleyMadole.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

In re

James Kieth Calvert and Cheryl Denise Calvert

                Debtors,

Case No. 2:13-bk-07239-MCW

Chapter 13

**STIPULATION RE: OBJECTION TO CONFIRMATION OF SECOND AMENDED CHAPTER 13 PLAN AND DEBTORS' OBJECTION TO CLAIM**

Re:   Real Property located at
3314 N Heritage Way
Chandler, Arizona 85224

Hearing:
Date: December 8, 2014
Time: 10:00 a.m.
Place: 230 N. First Ave., 7th Floor, Courtroom 702
Phoenix, AZ

TO THE HONORABLE MADELEINE C. WANSLEE, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

    This Stipulation is entered into by and between U.S. Bank National Association, as indenture Trustee of the GMACM Home Equity Loan Trust 2004 HE4 ("Secured Creditor"), as serviced by Specialized Loan Servicing LLC ("SLS") and James Keith Calvert and Cheryl Denise Calvert ("Debtors"). The parties, by and through their attorneys of record, have conferred and hereby stipulate as follows:

///

///

STIPULATION RE: OBJECTION TO 2ND AMENDED PLAN
AND DEBTORS' OBJECTION TO CLAIM

1

4122-N-2830
Stp_AZ_001

Case 2:13-bk-07239-MCW   Doc 72   Filed 12/12/14   Entered 12/12/14 15:36:54   Desc
Main Document   Page 1 of 2

**IT IS HEREBY STIPULATED:**

1. This matter affects the real property commonly known as 3314 N Heritage Way, Chandler, Arizona 85224 (the "Property"). The Property is encumbered by Secured Creditor's lien evidenced by Secured Creditor's Proof of Claim filed as claim number 11-1 in the amount of $28,939.12.

2. For the purposes of Debtors' Chapter 13 Plan, Secured Creditor's claim shall be paid through the Debtors' Chapter 13 Plan in the full amount of its claim, $28,939.12, with an interest rate of 2.62%, with monthly disbursements from the Chapter 13 Trustee.

3. Secured Creditor shall retain its existing lien until completion of the Plan and entry of Debtors' discharge. Secured Creditor shall retain its lien in its full amount in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion to any other chapter under the Bankruptcy Code.

4. Upon entry of the Order approving this Stipulation, Secured Creditor's Objection to Confirmation of Debtors' Second Amended Plan, docket entry number 57, and Debtor's Objection to Claim, docket entry number 50, shall be deemed resolved.

5. Notwithstanding anything contained herein to the contrary, Secured Creditor reserves its right to object to any future amendments/modifications of its claim.

**APPROVED AS TO FORM AND CONTENT:**

Dated: December 10, 2014

_____
Vincent R Mayr  013954
Attorney for Debtors, Campbell &
James Kieth Calvert    Coombs, P.C.
Cheryl Denise Calvert

Dated: 12/12/2014

/s/ Mark D. Estle
_____
Mark D. Estle
Attorney for Secured Creditor

STIPULATION RE: OBJECTION TO 2ND AMENDED PLAN  2
AND DEBTORS' OBJECTION TO CLAIM

4122-N-2830
Stp_AZ_001

Case 2:13-bk-07239-MCW   Doc 72   Filed 12/12/14   Entered 12/12/14 15:36:54   Desc
Main Document    Page 2 of 2